# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNETH ZAHL, M.D., | Civil Action No. 06-CV-03749 |
| Plaintiff, | (JLL-CCC) |
| v. | **ORDER ADMITTING** |
| | **EMILY A. STUBBS *PRO HAC VICE*** |
| THE NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, *et al.* | |
| Defendants | |

This matter having been opened to the Court on motion by Friedman Kaplan Seiler & Adelman LLP ("Friedman Kaplan"), attorneys for defendants Harry Kosovsky, Gertrude Kosovsky and Karen Kosovsky (the "Kosovsky Defendants"), for an order admitting *pro hac vice* Emily A. Stubbs, a partner at Friedman Kaplan and a member of the Bar of the State of New York, and the Court having considered the supporting certifications and for good cause shown,

IT IS on this 28th day of September 2007,

ORDERED that Emily A. Stubbs be and hereby is admitted to the bar of this Court *pro hac vice* pursuant to Local Civil Rule 101.1(c) as counsel for the Kosovsky Defendants; and it is further

ORDERED that Emily A. Stubbs shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which she continues to represent the Kosovsky Defendants in this matter; and it is further

ORDERED that Emily A. Stubbs shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but

511211.1

not limited to, the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further ORDERED that Emily A. Stubbs shall pay $150.00 to the Clerk of the Court.

s/Claire C. Cecchi
Claire C. Cecchi, U.S.M.J.